# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Eastern Division

### DOCKET NO. 4:10-CR-12-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER CONTINUING** |
| **v.** ) | **REVOCATION HEARING** |
| ) | |
| **Ralph Thomas,** ) | |
| **Defendant.** ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the Motion for Revocation Hearing in the above case, presently scheduled for Tuesday, January 6, 2015, in New Bern. The case is hereby CONTINUED to March 2015 term of court in New Bern , North Carolina.

This 18th day of December 2014.

*/s/ Louise W. Flanagan*

Louise W. Flanagan
U.S. District Judge